

**FILED**

05/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0454

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 20-0454

| | | |
|---|---|---|
| **STATE OF MONTANA,** | ) | **ORDER GRANTING** |
| | ) | **UNOPPOSED MOTION FOR** |
| **Plaintiff and Appellee,** | ) | **EXTENSION OF TIME** |
| | ) | **TO FILE APPELLANT'S** |
| v. | ) | **INITIAL BRIEF** |
| | ) | |
| **GEORGE CARLON,** | ) | |
| | ) | |
| **Defendant and Appellant.** | ) | |
| | ) | |

FILED

MAY 03 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

At the request of Defendant / Appellant, and no objection being interposed by the State, this Court hereby extends the filing date of Defendant's / Appellant's *Initial Brief* to Monday, June 28, 2021.

So ordered this 3ʳᵈ day of May, 2021.

_____
Montana Supreme Court

cc:   Attorney General
      Defendant / Appellant c/o Counsel